United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-13673-ref
Michael L. Stine                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv           Page 1 of 2           Date Rcvd: Jul 06, 2017
                       Form ID: 309I        Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
```
db              Michael L. Stine,    609 Orchard Rd,    Mount Bethel, PA 18343-5101
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13924509        Advanced Disposal,    Northampton LE,    PO Box 74008047,    Chicago, IL 60674-8047
13940948       +Ally Financial Inc.,    c/o Regina Cohen, Esq.,    190 North Independence Mall West, Suite,
                 6th & Race Streets,    Philadelphia, PA 19106-1554
13924511        Amato, Keating and Lessa PC,    107 N Commerce Way,    Bethlehem, PA 18017-8913
13924512        Amy Piazza,    c/o Siejk Law Firm,    526 Moosic St Fl 2,    Scranton, PA 18505-1410
13924513        Angelo Villiani,    c/o Christopher Spadoni, Esquire,    1413 Easton Ave,
                 Bethlehem, PA 18018-2618
13924514        Arcadia Recovery,    PO Box 6788,    Wyomissing, PA 19610-0788
13924515        Arch Capital Funding LLC,    c/o The Rubin Law Firm PLLC,    11 Broadway Ste 814,
                 New York, NY 10004-1366
13924518       +Clerk of the Court,    Supreme Court of New York County of New,    60 Centre St,
                 New York, NY 10007-1488
13924521       +Commonwealth of Pennsylvani,    Department of Revenue,    29 N Route 100,
                 Allentown, PA 18106-9391
13924522        Financial Pacific Leasing, Inc.,    3455 SW 344th St Ste 300,    Federal Way, WA 98023-3007
13924523        Fora Financial,    242 W 36th St Fl 14,    New York, NY 10018-7542
13934107       +Fora Financial Advance, LLC,    c/o Aubrey Law Firm, PC,    12 Powder Springs Street,    Suite 240,
                 Marietta, Georgia 30064-7205
13940943       +Fora Financial Advance, LLC,    c/o Anitra Walker, Esq.,    12 Powder Springs Street, Suite 240,
                 Marietta, GA 30064-7205
13932117       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13940957       +Harley-Davidson Credit Corp.,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13924526        Jesco,    1260 Centennial Ave Ste 2,    Piscataway, NJ 08854-4332
13924527       +Johnson, Morgan and White,    6800 Broken Sound Pkwy NW,    Boca Raton, FL 33487-5709
13924528       +Justin G. Weber, Esquire,    Pepper Hamilton LLP,    100 Market St Ste 200,
                 Harrisburg, PA 17101-2000
13924529        Kraft and Kraft PC,    attn.: Steven Koplove, Esquire,    3200 Penrose Ferry Rd,
                 Philadelphia, PA 19145-5500
13924530        Last Chance Funding, Inc.,    c/o Joseph I. Sussman PC,    333 Pearsall Ave Ste 205,
                 Cedarhurst, NY 11516-1842
13924531        Lavin, ONeil, Cedrone & DiSipio,    190 N Independence Mall W Ste 500,
                 Philadelphia, PA 19106-1554
13924532        Linebarger, Goggan, Blair and Simpson LL,    PO Box 90128,    Harrisburg, PA 17109-0128
13924533        Lisa A. Charleston, Esquire,    150 E Swedesford Rd Ste 102,    Wayne, PA 19087-1458
13924534        MS Recycling LLC,    609 Orchard Rd,    Mount Bethel, PA 18343-5101
13924535        Nauman, Smith, Shissler & HAll LLP,    200 N 3rd St Fl 18,    Harrisburg, PA 17101-1590
13924536        New Logic Business Loans,    300 Ledgewood Pl Ste 301,    Rockland, MA 02370-1098
13924537        Northstar Location Services LLC,    4285 Genesee St,    Cheektowaga, NY 14225-1943
13924539        Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                 Harrisburg, PA 17128-1041
13924540        Peter C. Merani, PC,    1001 Avenue of the Americas Rm 1800,    New York, NY 10018-5515
13924541        Port Authority of New York and New Jerse,    225 Park Ave S,    New York, NY 10003-1604
13924542        Prothonotary, CCP-Northampton County,    Case No. C48-CV-2016-11300,    669 Washington St,
                 Easton, PA 18042-7401
13924543        Ransome CAT,    c/o Amato Associates,    107 N Commerce Way,    Bethlehem, PA 18017-8913
13924544        Sonia Quinones,    c/o Law Office of Justin D. Brandel,    274 Madison Ave Rm 402,
                 New York, NY 10016-0711
13924545        Steven N. Goudsouzian, Esquire,    2925 William Penn Hwy Ste 301,    Easton, PA 18045-5283
13924546        The Lamm Group,    1608 Walnut St Ste 703,    Philadelphia, PA 19103-5447
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: mccrystallaw@gmail.com Jul 07 2017 01:39:00     MICHAEL J. MCCRYSTAL,
                 2355 Old Post Road, Ste 4,    Coplay, PA 18037
smg            +E-mail/Text: robertsl2@dnb.com Jul 07 2017 01:39:23     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 07 2017 01:39:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 07 2017 01:39:20     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13924510        EDI: GMACFS.COM Jul 07 2017 01:33:00     Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
13929229        EDI: GMACFS.COM Jul 07 2017 01:33:00     Ally Financial,    PO Box 130424,
                 Roseville MN 55104-0004
13924517        E-mail/Text: rhernandez@chbrownco.com Jul 07 2017 01:39:36     CH Brown Co. LLC,    PO Box 789,
                 Wheatland, WY 82201-0789
```

```
District/off: 0313-4          User: dlv                  Page 2 of 2                  Date Rcvd: Jul 06, 2017
                              Form ID: 309I              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13924516       EDI: CAPITALONE.COM Jul 07 2017 01:33:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
13924519       E-mail/Text: jstiller@clevelandbrothers.com Jul 07 2017 01:39:08
                 Cleveland Brothers Equip. Co. Inc.,    5300 Paxton St,    Harrisburg, PA  17111-2525
13939930      +E-mail/Text: hkellyfedcourts@commercialcreditgroup.com Jul 07 2017 01:39:09
                 Commercial Credit Group Inc.,    227 West Trade St.,    Suite 1450,    Charlotte, NC 28202-2664
13924520       E-mail/Text: hkellyfedcourts@commercialcreditgroup.com Jul 07 2017 01:39:09
                 Commercial Credit Group, Inc.,    PO Box 60121,    Charlotte, NC  28260-0121
13926211      +EDI: AIS.COM Jul 07 2017 01:33:00      First Data Global Leasing,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13924524       E-mail/Text: bankruptcynotification@ftr.com Jul 07 2017 01:39:37      Frontier Communications,
                 PO Box 740407,    Cincinnati, OH  45274-0407
13924525       E-mail/Text: bankruptcy.notices@hdfsi.com Jul 07 2017 01:39:33      Harley Davidson Credit,
                 Attn: Rider Services,    PO Box 22048,    Carson City, NV  89721-2048
13924538       E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jul 07 2017 01:39:37      Pawnee Leasing Corporation,
                 700 Centre Ave,    Fort Collins, CO  80526-1842
13935170       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2017 01:39:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13924547       E-mail/Text: bknotices@mbandw.com Jul 07 2017 01:39:24      Via Sat, Inc.,
                 c/o McCarthy Burgess & Wolff,    26000 Cannon Rd,    Cleveland, OH  44146-1807
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13934109*     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HENRY J. JAFFE    on behalf of Creditor   Cleveland Brothers Equipment Co., Inc.
               jaffeh@pepperlaw.com, wlbank@pepperlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REGINA COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael L. Stine** | Social Security number or ITIN | xxx–xx–3832 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 5/26/17 |
| Case number: | 17–13673–ref | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael L. Stine | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 609 Orchard Rd<br>Mount Bethel, PA 18343–5101 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL J. MCCRYSTAL<br>2355 Old Post Road, Ste 4<br>Coplay, PA 18037 | Contact phone (610) 262–7873<br>Email: mccrystallaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br>Date: 7/6/17 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 1, 2017 at 2:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/30/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/30/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/22/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 600.00 per month for 60 months. The hearing on confirmation will be held on:<br>**9/14/17** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |