United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13673-ref
Michael L. Stine                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela               Page 1 of 1            Date Rcvd: Jul 12, 2017
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db          Michael L. Stine,    609 Orchard Rd,    Mount Bethel, PA  18343-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HENRY J. JAFFE    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc.
               jaffeh@pepperlaw.com, wlbank@pepperlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| MICHAEL L. STINE, | : Case No. 17-13673-ref |
| Debtor. | : |
| | : |

## ORDER ~~SETTING~~ *DENYING MOTION FOR* EXPEDITED HEARING ~~TO CONSIDER MOTION~~

AND NOW, the Movant having requested expedited consideration of its Motion for an order directing the above-captioned debtor ("**Debtor**") to produce responsive documents to Cleveland Brothers' previously- propounded document requests (the "**Document Requests**") by July 18, 2017 (the "**Motion**"), *and upon the telephone conference as may* ~~and the Movant certifying to the Court that it gave prior notice to all parties in interest by email or telephone,~~ *the Court and counsel; the Motion for Expedited Hearing is DENIED.*

~~IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movant's Motion shall be held at:~~

**United States Bankruptcy Court -
E.D. PA.
Courtroom
Number 1
Third Floor,
The Madison
400 Washington
Street
Reading, Pennsylvania**

~~on _____ at _____.m. prevailing time.~~

~~IT IS HEREBY FURTHER ORDERED that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice.~~

~~IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately~~

-11-

both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile:

- Counsel for the Chapter 13 Trustee
- Counsel for the Debtor
- All secured creditors with liens on Debtor's property (by serving their counsel if known),
- All other parties affected by the Motion (by serving their counsel if known), and
- all other interested parties.

7/12/17

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

-12-