United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael L. Stine  
     Debtor

Case No. 17-13673-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Jul 20, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db           Michael L. Stine,    609 Orchard Rd,    Mount Bethel, PA   18343-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:

       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       HENRY J. JAFFE    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc.  
        jaffeh@pepperlaw.com, wlbank@pepperlaw.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com,  
        sueparalegal@gmail.com  
       REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,  
        ksweeney@lavin-law.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 17-13673(REF) |
| MICHAEL L. STINE | : CHAPTER 13 |
| | : |
| Debtor | : HEARING SCHEDULED FOR |
| | : JULY 20, 2017 AT 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 400 WASHINGTON STREET, SUITE 300 |
| | : READING, PENNSYLVANIA 19601 |

**ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY**

On this  20  day of  July  , 2017, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) and 11 U.S.C.§1301(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Chevrolet Silverado, VIN: 1GB2KVCGXDZ169814 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and Co-Debtor MS Recycling LLC; and

FURTHER ORDERED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies mailed to: See attached service list.