## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-13673(REF) |
| MICHAEL L. STINE | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | AUGUST 17, 2017 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 400 WASHINGTON STREET, SUITE 300 |
| | : | READING, PENNSYLVANIA 19601 |

## **CERTIFICATE OF SERVICE**

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay and Co-Debtor Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on July 26, 2017, upon the following individuals:

                              LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: July 26, 2017         By:  /s/ Regina Cohen
                                                  Regina Cohen, Esquire
                                                  Attorneys for Ally Financial Inc.

## SERVICE LIST

Michael J. McCrystal, Esquire
2355 Old Post Road, Suite 4
Coplay, PA 18037
(Via ECF Only)

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue.
P.O. Box 4010
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U. S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Michael L. Stine
609 Orchard Road
Mount Bethel, PA 18343

MS Recycling LLC
P.O. Box 7
Mount Bethel, PA 18343