Michael J. McCrystal, Esquire
2355 Old Post Rd. STE 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re:<br>    Michael L. Stine<br><br>        Debtor. | 4:17-bk-13673-ref<br><br>Praecipe to Withdraw Response to Motion for Relief from Stay |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly mark as withdrawn Debtor's Answer/Response docketed to Number 50 and concerning the Motion for Relief from the Automatic Stay filed by Ally Financial docketed to Number 22.

Dated: August 9, 2017

/s/ Michael J. McCrystal

By: _____
Michael J. McCrystal, Esquire
2355 Old Post Rd. STE 4
Coplay, PA 18037
(610) 262-7873

2355 Old Post Rd. STE 4                                          Withdrawal
Coplay, PA 18037
(610) 262-7873