IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-13673(REF) |
| MICHAEL L. STINE | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 20, 2017 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 400 WASHINGTON STREET, SUITE 300 |
| | : | READING, PENNSYLVANIA 19601 |

**ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY**

On this **15** day of **August**, 2017, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) and 11 U.S.C.§1301(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Chevrolet Corvette, VIN: 1G1YN2DT3D5800149 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and Co-Debtor Amy M. Piazza; and

FURTHER ORDERED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


Michael J. McCrystal, Esquire
2355 Old Post Road, Suite 4
Coplay, PA 18037


Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue.
P.O. Box 4010
Reading, PA 19606


United States Trustee
Office of the U. S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Michael L. Stine
609 Orchard Road
Mount Bethel, PA 18343


Amy M. Piazza
2030 River Road
Mount Bethel, PA 18343