United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 17-13673-ref
Michael L. Stine    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela    Page 1 of 1    Date Rcvd: Aug 15, 2017
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db        Michael L. Stine,    609 Orchard Rd,    Mount Bethel, PA   18343-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      HENRY J. JAFFE    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc.
       jaffeh@pepperlaw.com,   wlbank@pepperlaw.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com,
       sueparalegal@gmail.com
      REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-13673(REF) |
| MICHAEL L. STINE | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JULY 20, 2017 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 400 WASHINGTON STREET, SUITE 300 |
| | : | READING, PENNSYLVANIA 19601 |

### ORDER GRANTING ALLY FINANCIAL INC.
### RELIEF FROM THE AUTOMATIC STAY
### AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

On this __15__ day of __August__, 2017, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) and 11 U.S.C. §1301(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Chevrolet Corvette, VIN: 1G1YN2DT3D5800149 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and Co-Debtor Amy M. Piazza; and

FURTHER ORDERED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

Copies mailed to:  See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


Michael J. McCrystal, Esquire
2355 Old Post Road, Suite 4
Coplay, PA 18037


Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue.
P.O. Box 4010
Reading, PA 19606


United States Trustee
Office of the U. S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Michael L. Stine
609 Orchard Road
Mount Bethel, PA 18343


Amy M. Piazza
2030 River Road
Mount Bethel, PA 18343