**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**  Case No. **4:17-bk-13673**

**Stine, Michael L.**  Chapter **13**

Debtor(s)

**MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7**

Pursuant to 11 U.S.C. § 1307(a), the above named Debtor(s) requests this court to convert this case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on   **5/01/2017**   .

2. Debtor is eligible to be a debtor under Chapter 7 of the Code and desires to convert this case to a case under that chapter.

**WHEREFORE,** the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

Dated this   **18th**   day of   **September**  ,   **2017**   .

*/s/ Michael L. Stine*
*Signature of Debtor*

*Signature of Joint Debtor (if any)*

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)