```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                        Case No. 17-13673-ref
Michael L. Stine                                              Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-4      User: Angela                 Page 1 of 2           Date Rcvd: Sep 19, 2017
                          Form ID: pdf900              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db             Michael L. Stine,    609 Orchard Rd,   Mount Bethel, PA 18343-5101
smg           +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Fora Financial Advance, LLC,   c/o Aubrey Law Firm,    12 Powder Springs Street, Suite 240,
               Marietta, GA 30064-7205
13924509       Advanced Disposal,    Northampton LE,   PO Box 74008047,   Chicago, IL 60674-8047
13940948      +Ally Financial Inc.,    c/o Regina Cohen, Esq.,   190 North Independence Mall West, Suite,
               6th & Race Streets,    Philadelphia, PA 19106-1554
13924511       Amato, Keating and Lessa PC,   107 N Commerce Way,    Bethlehem, PA 18017-8913
13924512       Amy Piazza,   c/o Siejk Law Firm,    526 Moosic St Fl 2,   Scranton, PA 18505-1410
13924513       Angelo Villiani,    c/o Christopher Spadoni, Esquire,   1413 Easton Ave,
               Bethlehem, PA 18018-2618
13924514       Arcadia Recovery,    PO Box 6788,   Wyomissing, PA 19610-0788
13924515       Arch Capital Funding LLC,   c/o The Rubin Law Firm PLLC,    11 Broadway Ste 814,
               New York, NY 10004-1366
13924516       Capital One Bank USA,    PO Box 30281,   Salt Lake City, UT 84130-0281
13924518      +Clerk of the Court,    Supreme Court of New York County of New,   60 Centre St,
               New York, NY 10007-1488
13975052      +Cleveland Brothers Equipment Co., Inc.,    c/o Henry Jaffe, Esq.,   Pepper Hamilton LLP,
               Suite 5100, 1313 N. Market St,    Wilmington, DE 19801-6111
13924521      +Commonwealth of Pennsylvani,   Department of Revenue,    29 N Route 100,
               Allentown, PA 18106-9391
13924522       Financial Pacific Leasing, Inc.,   3455 SW 344th St Ste 300,    Federal Way, WA 98023-3007
13924523       Fora Financial,    242 W 36th St Fl 14,   New York, NY 10018-7542
13940943      +Fora Financial Advance, LLC,   c/o Anitra Walker, Esq.,    12 Powder Springs Street, Suite 240,
               Marietta, GA 30064-7205
13934107      +Fora Financial Advance, LLC,   c/o Aubrey Law Firm, PC,    12 Powder Springs Street, Suite 240,
               Marietta, Georgia 30064-7205
13940957      +Harley-Davidson Credit Corp.,   c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13932117      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
13924526       Jesco,   1260 Centennial Ave Ste 2,    Piscataway, NJ 08854-4332
13924527      +Johnson, Morgan and White,   6800 Broken Sound Pkwy NW,    Boca Raton, FL 33487-5709
13924528      +Justin G. Weber, Esquire,   Pepper Hamilton LLP,   100 Market St Ste 200,
               Harrisburg, PA 17101-2000
13924529       Kraft and Kraft PC,    attn.: Steven Koplove, Esquire,   3200 Penrose Ferry Rd,
               Philadelphia, PA 19145-5500
13924530       Last Chance Funding, Inc.,   c/o Joseph I. Sussman PC,    333 Pearsall Ave Ste 205,
               Cedarhurst, NY 11516-1842
13924531       Lavin, ONeil, Cedrone & DiSipio,    190 N Independence Mall W Ste 500,
               Philadelphia, PA 19106-1554
13924532       Linebarger, Goggan, Blair and Simpson LL,    PO Box 90128,   Harrisburg, PA 17109-0128
13924533       Lisa A. Charleston, Esquire,   150 E Swedesford Rd Ste 102,    Wayne, PA 19087-1458
13924534       MS Recycling LLC,    609 Orchard Rd,   Mount Bethel, PA 18343-5101
13924535       Nauman, Smith, Shissler & HAll LLP,    200 N 3rd St Fl 18,   Harrisburg, PA 17101-1590
13924536       New Logic Business Loans,   300 Ledgewood Pl Ste 301,    Rockland, MA 02370-1098
13924537       Northstar Location Services LLC,    4285 Genesee St,   Cheektowaga, NY 14225-1943
13924539       Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,   PO Box 281041,
               Harrisburg, PA 17128-1041
13924540       Peter C. Merani, PC,    1001 Avenue of the Americas Rm 1800,   New York, NY 10018-5515
13924541       Port Authority of New York and New Jerse,    225 Park Ave S,   New York, NY 10003-1604
13924542       Prothonotary, CCP-Northampton County,    Case No. C48-CV-2016-11300,   669 Washington St,
               Easton, PA 18042-7401
13924543       Ransome CAT,   c/o Amato Associates,   107 N Commerce Way,    Bethlehem, PA 18017-8913
13924544       Sonia Quinones,   c/o Law Office of Justin D. Brandel,    274 Madison Ave Rm 402,
               New York, NY 10016-0711
13924545       Steven N. Goudsouzian, Esquire,   2925 William Penn Hwy Ste 301,    Easton, PA 18045-5283
13924546       The Lamm Group,    1608 Walnut St Ste 703,   Philadelphia, PA 19103-5447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Sep 20 2017 01:45:24      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2017 01:45:28      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13924510       E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2017 01:44:46      Ally Financial,
               PO Box 380901,    Bloomington, MN 55438-0901
13929229       E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2017 01:44:46      Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
13924517       E-mail/Text: rhernandez@chbrownco.com Sep 20 2017 01:46:11      CH Brown Co. LLC,   PO Box 789,
               Wheatland, WY 82201-0789
```

```
District/off: 0313-4          User: Angela               Page 2 of 2                   Date Rcvd: Sep 19, 2017
                              Form ID: pdf900            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13924519       E-mail/Text: jstiller@clevelandbrothers.com Sep 20 2017 01:44:53
               Cleveland Brothers Equip. Co. Inc.,    5300 Paxton St,    Harrisburg, PA 17111-2525
13939930      +E-mail/Text: hkellyfedcourts@commercialcreditgroup.com Sep 20 2017 01:44:54
               Commercial Credit Group Inc.,    227 West Trade St.,    Suite 1450,    Charlotte, NC 28202-2664
13924520       E-mail/Text: hkellyfedcourts@commercialcreditgroup.com Sep 20 2017 01:44:54
               Commercial Credit Group, Inc.,    PO Box 60121,    Charlotte, NC 28260-0121
13926211      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2017 01:51:55     First Data Global Leasing,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13924524       E-mail/Text: bankruptcynotification@ftr.com Sep 20 2017 01:46:12     Frontier Communications,
               PO Box 740407,    Cincinnati, OH 45274-0407
13924525       E-mail/Text: bankruptcy.notices@hdfsi.com Sep 20 2017 01:45:57     Harley Davidson Credit,
               Attn: Rider Services,    PO Box 22048,    Carson City, NV 89721-2048
13953215      +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Sep 20 2017 01:46:11     Pawnee Leasing Corporation,
               3801 Automation Way, Ste 207,    Fort Collins, CO 80525-5735
13924538       E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Sep 20 2017 01:46:11     Pawnee Leasing Corporation,
               700 Centre Ave,    Fort Collins, CO 80526-1842
13935170       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 01:45:04
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
13924547       E-mail/Text: bknotices@mbandw.com Sep 20 2017 01:45:27     Via Sat, Inc.,
               c/o McCarthy Burgess & Wolff,    26000 Cannon Rd,    Cleveland, OH 44146-1807
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
cr*           +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13934109*     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HENRY J. JAFFE    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc.
               jaffeh@pepperlaw.com, wlbank@pepperlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

| | |
|---|---|
| **IN RE:** | Case No. **4:17-bk-13673** |
| **Stine, Michael L.** | Chapter **13** |
| Debtor(s) | |

## MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above named Debtor(s) requests this court to convert this case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on **5/01/2017**.

2. Debtor is eligible to be a debtor under Chapter 7 of the Code and desires to convert this case to a case under that chapter.

**WHEREFORE,** the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

Dated this **18th** day of **September**, **2017**.

/s/ Michael L. Stine
*Signature of Debtor*

_____
*Signature of Joint Debtor (if any)*

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)