UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   MICHAEL L. STINE                              Chapter 7

                                    :

   Debtor                            :        Bankruptcy No. 17-13673REF

                                    :


**ORDER**

AND NOW, **IT IS HEREBY ORDERED** that the Order entered on January 9, 2018, Discharging Debtor and the Order approving Trustee's Report, discharging trustee and closing case are **HEREBY VACATED**. The case is authorized to proceed under Chapter 7 as both Orders were entered prematurely.

**Date: January 9, 2018**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE

Reading, PA