Certificate Number: 13858-PAE-DE-030410022

Bankruptcy Case Number: 17-13673



13858-PAE-DE-030410022

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 9, 2018</u>, at <u>9:58</u> o'clock <u>PM EST</u>, <u>Michael Stine</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 9, 2018</u>              By:    <u>/s/Wendel Ruegsegger</u>

                                          Name:  <u>Wendel Ruegsegger</u>

                                          Title: <u>Counselor</u>