## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael L. Stine | Debtor(s) | CHAPTER 7 |
| Harley-Davidson vs. | Movant | NO. 17-13673 REF |
| Michael L. Stine | Debtor(s) | |
| Michael H. Kaliner | Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Harley-Davidson, reviewed the papers filed in connection therewith, and after hearing, and/or upon the failure of the Debtor and the Trustee to final an answer or otherwise plead, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d), as to the Movant, to permit Movant, or its successor or assignee, to exercise its rights under state law and the loan documents relating to the 2016 HARLEY-DAVIDSON FLHXSE CVO STREET GLIDE SPECIAL with VIN #: 1HD1PXN16GB961693.

**Date: January 26, 2018**

_____
United States Bankruptcy Judge

cc: See attached service list