United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael L. Stine  
    Debtor

Case No. 17-13673-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Jan 26, 2018  
                Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
```
db             Michael L. Stine,    609 Orchard Rd,    Mount Bethel, PA  18343-5101
cr            +Fora Financial Advance, LLC,    c/o Aubrey Law Firm,    12 Powder Springs Street, Suite 240,
               Marietta, GA 30064-7205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2018 01:39:44     Ally Financial Inc.,
               P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
```
              HENRY J. JAFFE    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc.
               jaffeh@pepperlaw.com, wlbank@pepperlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Harley-Davidson Credit Corp KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              MICHAEL H KALINER     mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michael L. Stine | | CHAPTER 7 |
| | Debtor(s) | |
| Harley-Davidson | | |
| | Movant | |
| vs. | | NO. 17-13673 REF |
| Michael L. Stine | | |
| | Debtor(s) | |
| Michael H. Kaliner | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Harley-Davidson, reviewed the papers filed in connection therewith, and after hearing, and/or upon the failure of the Debtor and the Trustee to final an answer or otherwise plead, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d), as to the Movant, to permit Movant, or its successor or assignee, to exercise its rights under state law and the loan documents relating to the 2016 HARLEY-DAVIDSON FLHXSE CVO STREET GLIDE SPECIAL with VIN #: 1HD1PXN16GB961693.

**Date: January 26, 2018**

United States Bankruptcy Judge

cc: See attached service list