United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael L. Stine
    Debtor

Case No. 17-13673-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jan 26, 2018
                    Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db         Michael L. Stine,   609 Orchard Rd,   Mount Bethel, PA   18343-5101
cr        +Fora Financial Advance, LLC,   c/o Aubrey Law Firm,   12 Powder Springs Street, Suite 240,   Marietta, GA 30064-7205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2018 01:39:44     Ally Financial Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
        HENRY J. JAFFE    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc. jaffeh@pepperlaw.com, wlbank@pepperlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Harley-Davidson Credit Corp KMcDonald@blankrome.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
        MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael L. Stine mccrystallaw@gmail.com, sueparalegal@gmail.com
        REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 9

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael L. Stine<br>　　　　　　　Debtor(s) | CHAPTER 7 |
| Harley-Davidson<br>　　　　　　　Movant<br>　　vs. | NO. 17-13673 REF |
| Michael L. Stine<br>　　　　　　　Debtor(s) | |
| Michael H. Kaliner<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Harley-Davidson, reviewed the papers filed in connection therewith, and after hearing, and/or upon the failure of the Debtor and the Trustee to final an answer or otherwise plead, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d), as to the Movant, to permit Movant, or its successor or assignee, to exercise its rights pursuant to state law and the loan documents relating to the 2016 HARLEY-DAVIDSON FXSB BREAKOUT with VIN #: 1HD1BFV1XGB020322.

**Date: January 26, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list